[No. 14639-8-II.   Division Two.   September 11, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. STARR
ROGER EWALD, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 90-1-00099-0, Grant S. Meiner, J., entered January 22, 1991. *Vacated* and *remanded* by unpublished per curiam opinion.

[No. 27772-3-I.   Division One.   September 14, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. TYLER
PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04904-0, Patricia H. Aitken, J., entered January 31, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Forrest and Kennedy, JJ.

[No. 30723-1-I.   Division One.   September 14, 1992.]

THE CITY OF BELLEVUE, *Petitioner*, v. JACKSON
WYNN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-07500-6, Janice Niemi, J. Pro Tem., entered April 17, 1992. *Remanded with instructions* by unpublished per curiam opinion.

[No. 30656-1-I.   Division One.   September 14, 1992.]

*In the Matter of the Marriage of* KATHERINE S.
GWINN, *Respondent, and* STEPHEN M.
GWINN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-3-07677-0, Norman W. Quinn, J., entered April 30, 1992. Discretionary review *granted* by unpublished per curiam opinion.